NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM C. ROUTENBERG,               )
                                     )
          Appellant,                 )
                                     )
v.                                   )     Case No. 2D18-3549
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____  )

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone, Judge.

William C. Routenberg, pro se.


PER CURIAM.

          Affirmed.


LaROSE, NORTHCUTT, and SMITH, JJ., Concur.